# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tatiana Coleman,

       Plaintiff,                            Civil 10-408 (RHK/SRN)

vs.                                      **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

Johnson & Johnson, et al.,

       Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 17, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge